# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**123**
**CAF 15-01356**
PRESENT: WHALEN, P.J., SMITH, DEJOSEPH, CURRAN, AND SCUDDER, JJ.
_____

IN THE MATTER OF ALAN R. PFLANZ, SR.,
PETITIONER-APPELLANT,

                V                                          ORDER

ALICIA M. PFLANZ, RESPONDENT-RESPONDENT.
-----------------------------------------------
IN THE MATTER OF ALICIA M. PFLANZ, PETITIONER,

                V

ALAN R. PFLANZ, SR., RESPONDENT.
_____

JOHN J. RASPANTE, UTICA, FOR PETITIONER-APPELLANT.

PAUL M. DEEP, UTICA, FOR RESPONDENT-RESPONDENT.

MICHELE E. DETRAGLIA, ATTORNEY FOR THE CHILDREN, UTICA.

-----------------------------------------------------------------------------------------------------------

     Appeal from an order of the Family Court, Oneida County (Julia M. Brouillette, J.), entered July 22, 2015 in a proceeding pursuant to Family Court Act article 6.  The order, among other things, granted primary physical custody of the subject children to Alicia M. Pflanz.

     It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Matter of Warren v Hibbs*, 136 AD3d 1306, 1306).

Entered:  February 3, 2017                      Frances E. Cafarell
                                              Clerk of the Court